| United States District Court | Southern District of Texas |
|---|---|

Citgo Petroleum Corp., *et al.*,       §
                                       §
    Plaintiffs,    §
                                       §
*versus*                               §    Civil Action H-09-3363
                                       §
International Insurance Co., *et al.*, §
                                       §
    Defendants.    §

## Order to Remand

This case is remanded as cause number 2009-56585 to the 125th District Court of Texas, Harris County.

Signed on February 8, 2010, at Houston, Texas.

 

_____
Lynn N. Hughes
United States District Judge